IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PAOLETTA<br><br>Plaintiff,<br><br>vs.<br><br>SHERMAN ACQUISITION, LP, *as Assignee of Sears,* STOCK AND GRIMES, LLP, EDWARD STOCK, ESQUIRE, FRANCIS GRIMES, ESQUIRE, SEARS, RESSLER AND RESSLER, P.C., and PAUL RESSLER, ESQUIRE<br><br>Defendants. | Civil Action No. 05-cv-00553 |

**DEFENDANT, SHERMAN ACQUISITION, LP'S
MOTION FOR SUMMARY JUDGMENT**

AND NOW COMES Defendant Sherman Acquisition, LP., ("Sherman") by and through the undersigned attorneys, Marshall, Dennehey, Warner, Coleman & Goggin, brings this Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56(c).  The Complaint fails to state a cognizable claim against Sherman under both the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq.*, and the Pennsylvania Fair Credit Extension Uniformity Act (FCEUA), 73 P.S. §2270.1, et

Case 1:05-cv-00553-JAS   Document 37   Filed 12/15/05   Page 2 of 2

seq., and should be dismissed as a matter of law. In support thereof, Sherman incorporates its Memorandum of Law filed herewith.

                Respectfully submitted,

                **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By:  ***(s) Andrew M. Schwartz /ams79427***
      ANDREW M. SCHWARTZ, ESQUIRE
      Attorney ID #79427
      1845 Walnut Street
      Philadelphia, PA 19103
      (215) 575-2765
      Attorney for Defendant, Sherman Acquisition, L.P.

**Dated: December 15, 2005**

2